**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 3994 |
| | ) | |
| JAMES O'BRIEN, et al., | ) | The Hon. Charles P. Kocoras |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S LIST OF EXHIBITS**

Plaintiff Robert Wilson, by his undersigned attorneys, submits the following exhibits to his Local Rule 56.1(b)(3)(C) statement of additional facts that require denial of the defendants' motion for partial summary judgment:

A. Certificate of Pardon on the Ground of Innocence (10/30/08)

B. Jerryco Wagner Deposition Transcript Excerpts (2/25/10)

C. General Offense Case Report (2/28/97)

D. June Siler Deposition Transcript Excerpts (11/11/08)

E. General Progress Reports (3/1/97)

F. Daniel McInerney Deposition Transcript Excerpts (6/4/09)

G. Leonard Thomas Rolston Deposition Transcript Excerpts (4/29/09)

H. Arrest Report (3/2/97)

I. John Halloran Deposition Transcript Excerpts (3/4/10)

J. Arrest Report re Jerryco Wagner

K. Photographs of Jerryco Wagner

L. Supplementary Police Report re Attempted Murder of Melanie Hopp (RD # B157491) (3/25/97)

1

M. Supplementary Police Report re Attempted Murder of Melanie Hopp (RD # B157491) (3/16/97)

N. Supplementary Police Report re Aggravated Battery of Manuel Guzman (RD # B128448 (3/16/97)

O. Supplementary Police Report re Aggravated Battery of Virginia Johnson and Elizabeth Weinstein (RD # B132178) (3/16/97)

P. Supplementary Police Report re Aggravated Battery of Margarita Harwell (RD # B134881) (3/16/97)

Q. Supplementary Police Report re Aggravated Battery of Matthew Cannon (RD # B157975) (3/18/97)

R. Supplementary Police Reports re Aggravated Battery of Ivan DeLeon (RD # B154914) (3/22/97; 3/19/97)

S. Supplementary Police Report of Edward Triggs (3/1/97)

T. Gerard Carroll Deposition Transcript Excerpts (9/16/08)

U. Robert Wilson Deposition Transcript Excerpts (11/7/08)

V. Robert Wilson Deposition Transcript Excerpts (1/15/09)

W. Photographs of Robert Wilson

X. William Moser Deposition Transcript Excerpts (1/27/09)

Y. Kenneth Frost Deposition Transcript Excerpts (6/22/09)

Z. William Healy Deposition Transcript Excerpts (5/28/08)

AA. Supplementary Police Report re Lineup (3/2/97)

BB. Warren Richards Deposition Transcript Excerpts (4/30/09)

CC. James O'Brien Deposition Transcript Excerpts (2/17/10)

DD. James O'Brien Deposition Transcript Excerpts in *Wiggins v. Burge* (7/16/96)

EE. Statement of Robert Wilson Made to ASA Healy (3/3/97)

FF. Ursula Walowski Deposition Transcript Excerpts (7/16/08)

GG. Fred Bonke Deposition Transcript Excerpts (5/1/09)

HH. Supplementary Police Report (RD # B126088) (3/12/97)

II.  Albert Graf Deposition Transcript Excerpts (11/5/08)

JJ.  General Offense Case Report re Aggravated Battery of Ivan DeLeon (3/15/97)

KK. Kulmeet Galhotra Deposition Transcript Excerpts (4/28/09)

LL. Kulmeet Galhotra Affidavit (10/22/01)

MM. General Offense Case Report re Aggravated Battery of Matthew Cannon (3/15/97)

NN. General Offense Case Report re Aggravated Battery of Margarita Harwell (3/5/97)

                                                Respectfully submitted,

                                                **ROBERT WILSON**


                                                By:  /s/  Locke E. Bowman
                                                        One of his attorneys

Locke E. Bowman
Alexa Van Brunt
Roderick MacArthur Justice Center
Northwestern University School of Law
375 East Chicago Avenue
Chicago, Illinois 60611
(312) 503-0844

J. Samuel Tenenbaum
Clinical Assistant Professor
Bluhm Legal Clinic
Northwestern University School of Law
357 East Chicago Avenue
Chicago, Illinois 60611
(312) 503-8576