STATE OF ILLINOIS)
) SS:
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT-CRIMINAL DIVISION

THE PEOPLE OF THE STATE OF ILLINOIS ) Indictment No. 91 C 25414

VS. ) Charge: Murder

JESSE CLEMONS

REPORT OF PROCEEDINGS of the hearing before the Honorable EARL E. STRAYHORN, Judge of said Court, on the 9th day of November, A. D., 1992.

HON. JACK O'MALLEY
State's Attorney of Cook County by
MS. KAY HANLON,
Assistant State's Attorney,
appeared for the People;

MS. RITA FRY,
Public Defender of Cook County, by
MR. FRED WELLISCH,
Assistant Public Defender,
appeared for the defendant.

193591
162

EXHIBIT D

I N D E X

| | Direct | Cross | Redirect | Re-cross |
|---|---|---|---|---|
| MYRON JAMES | 2 | 20 | 34 | 37 |

C... 19351
ATTACHMENT # 162

THE CLERK: The People of the State of Illinois versus Jesse Clemons.

MR. WELLISCH: This is my motion to suppress confession. You denied without prejudice. I have found the witness, Myron James, who I would like to testify today. If you would step up sir.

THE COURT: Stand up, put your left hand on the Bible and raise your right hand, and face the clerk.

(Witness duly sworn.)

MYRON JAMES,

called as a witness on behalf of the defense, after being duly sworn, testified as follows:

DIRECT EXAMINATION

BY: MR. WELLISCH

Q Myron, I would like you to speak up so the Judge can hear you and Miss Hanlon.

Your name is Myron James?

A Yes.

Q J A M E S?

A Yes.

Q Do you go by any other names, or have you gone by any other names?

A Yes.

Q What?

173591

162

A Allan Harris.

Q How old are you, Myron?

A Eighteen.

Q And let me ask you this, were you arrested on the night of September 25th?

A Yes.

Q Of 1991?

A Yes.

Q Where were you when you were arrested?

A On 51st and Justine.

Q Were you there with anyone else?

A Yes.

Q Who else?

A Diyez Owens and Steve Taylor.

Q Were they arrested at the same time you were?

A Yes.

Q Can you tell Judge Strayhorn what time this was?

MS. HANLON: I am going to object. It has no relevance on the motion to suppress.

THE COURT: Overruled, subject to your motion to strike if it doesn't prove to be relevant.

MR. WILLISCH: Q About what time?

THE WITNESS: A About ten thirty or eleven.

19351

ATTACHMENT # 162

Q And when you were arrested, were you put in a car of some kind?

A Yes. I was put in a detective car.

Q And the people that arrested you, they were detectives?

A No, they were in blue clothes, uniforms.

Q Do you know how many of them were there?

A Two car. Two in one and two in another.

Q Do you happen to remember their names?

A Uhh, uhh.

Q You said there were two cars. You say you were arrested with Tremaine?

A Diyez Owens and Steve Taylor.

Q Were the three of you put in the same car?

A With Jesse Clemons.

Q Was Jesse Clemons on the street with you?

A Uhh, uhh.

Q Where did he come from?

A They came through the alley with him in the car.

Q Was he ultimately put in the same car with you?

A Yes.

Q Is there anyone else in the courtoom today

193591

that was in the other car?

A His moma.

Q Would you point her out where she is sitting? The second row toward the wall?

A Yes.

Q Consandra Clemons?

A Yes.

Q Was she with anyone?

A She was with Nickey.

Q Would that be Bonika Morgan?

A Yes.

Q Did you see them again that evening?

A We all went down to the station.

Q What station?

A 39th and California.

Q Did you and three other young men in the car go directly to the station at 39th and California?

A Yes, sir.

Q When you got there, was the other police car that you described with Bonika Morgan and Consandra Clemons there also?

A Yes, sir.

Q When you got to 39th and California, where were you taken?

193591
ATTACHMENT # 162

A Upstairs.

Q What floor?

A I think it was the third floor.

Q Was Jesse taken up to the third floor at the same time with you?

A Yes, sir.

Q Now, I am going to ask you to step down, if that would be all right with the Judge, using what I am going to have marked as Defense Exhibit Number 1. You are going to have to stand to the side.

What is this a picture of?

A Third floor of 39th and California.

Q It is kind of like a lay-out diagram?

A Yes.

Q Have you seen this before?

A Yes.

Q Where did you see it?

A 39th and California.

Q Does it look similar to the way 39th and California looked the evening you were there on the 25th of September?

A Yes.

Q When you were brought up to the third floor, where were you placed?

153591

162

A I was placed on the bench right here.

Q Would you put your initials on the bench?

Did you see where they placed Jessie Clemons?

A Yes, in the room right here.

Q Put his initials there. That would be the room right next to your bench?

A In back of me.

Q Did you see where they placed the other two men that came up with you?

A They placed Steve Taylor in the bathroom.

Q Did you see them walk him into the bathroom?

A Yes, sir.

Q Did you later at some point actually see him in the bathroom?

A Yes. I had to use the bathroom. I seen him in the bathroom handcuffed right there.

Q What about the 4th gentleman that came up with you? Where was he placed?

A Diyez. He back there somewhere in one of these rooms.

Q You didn't actually see what room?

A I seen what door he went in. I don't know if it was a room or not.

Q Q Was there anyone else on the third floor

13359 162

at the time you got there?

A Yes, there were some more people.

Q Can you tell Judge Strayhorn who they were?

A Maury Clemons.

Q Maury Clemons, where was he?

A He was in the cage.

Q Would you put his initials in the cage?
What is that?

A That is the bullpen where they lock you up right here.

Q Were there several people in the cage? Were there other people besides Amaury?

A I didn't know them other two boys. They live on the first floor, 51st and Justine.

Q Do you know them by a nickname?

A Uhh, uhh. I am familiar with they face.

Q Aside from the people you were placed with on the third floor, were there other people placed in other areas on the 3rd floor?

A Damoni Clemons was placed in this office right here.

Q That would be the office right next to the stairway?

A Yes.

C.R. 19359I
ATTACHMENT # 166

Q Near the comander's office?

A Yes. Squirt. I don't know his last name. He was placed in this office right here.

Q S. Q. I guess for that.

Okay, now, did you see Marcus Wiggins that night?

A Yes.

Q And did you hear him at all that night?

A I heard him when I first came in.

Q What did you hear and from where did you hear it?

A When I first came in, and they placed me on the bench, I heard Marcus, he was screaming from the back there.

Q That same area Diyez Owens was in?

A Yes.

Q How do you know it was Marcus Wiggins if you didn't see Marcus Wiggins?

A I have been around him about thirteen years. I recognized his voice.

Q You clearly recognized his voice?

A Yes.

Q Before we continue, first of all how long were you at 39th and California altogether?

A For about twelve or thirteen hours.

Q And were you on the bench all the time, or did they take you somewhere else?

A I was on the bench thirty or forty-five minutes, and they put me in the cage.

Q Did you spend the rest of the time in the cage?

A Yes.

Q During the time you were at 39th and California, were you yourself ever hit or smacked around?

A I didn't get touched.

Q Were you ever threatened by any police officer?

A No.

Q Were you ever electric shocked by any officer?

A No.

Q So no physical injury was done to you whatsoever, is that right?

A Yes.

Q As you were sitting on the bench in front of the room they put Jesse, would you tell Judge Strayhorn during that thirty to forty-five minute period what you saw happening in and around that room that Jesse was in?

C.R. 15759[?]

ATTACHMENT # 162

A I seen them bring Tremaine Green in Jesse's room, and I seen them bring Damoni Clemons to Jesse's room and Marcus Wiggins to the door and take him back.

Q The first person, Marcus --

A Tremaine Green.

Q Tremaine Green was actually brought into the room?

A Yes.

Q How long did he stay there?

A Five minutes.

Q And then he was taken out?

A Yes.

Q The next person --

A Damoni Clemons.

Q Was he actually brought into the room?

A Yes, in the room.

Q How long did he stay there?

A Five minutes.

Q Then he was taken back to where?

A He was in the office.

Q Marcus Wiggins?

A They just brung him to the door and turned back around.

Q How many police officers would you say were on

the third floor at 39th and California while you were up there altogether?

A About ten or fifteen.

Q And what were they doing during the time you were sitting on he bench?

A Some were in Jesse's room. Some were in Damoni's room. Some in Squirt's room. Some sitting around out here at desks, and some were back there somewhere.

Q Were there police that went into Jesse's room?

A Police went in Jesse's room all the time.

Q While you were sitting on the bench, did you hear anything unusual coming from Jesse's room?

A Jesse was screaming.

Q About how long did the screaming go on would you say?

A Off and on. One minute he would scream and the next he don't scream, and the next minute he would scream. Off and on.

Q Could you hear what he was saying?

A Did I know what he said? I didn't hear him saying nothing until he came out the room.

Q Let's back up. You say it went on and off about about fifteen minutes?

C.R. 171391

ATTACHMENT # 162

A Yes.

Q Were the police officers in the room at the time Jesse was screaming?

A Yes.

Q Obviously the door was closed?

A Yes.

Q Do you know how many were in there while you heard him screaming?

A About four, three or four.

Q Would this be in addition to the ones that brought Marcus Wiggins and the others?

A Yes.

Q So when Marcus Wiggins came, there would be more officers?

A No, they were the officers in there.

Q Were these people in uniform or plainclothes?

A Suits, plainclothes.

Q Now, you said he screaming went on and off for about fifteen minutes, but you couldn't hear him say --

A I couldn't hear him saying nothing, but I heard him screaming.

Q When he came out, you said you heard him say something?

A I'm sick.

15391

ATTACHMENTS 162

MS. HANLON: Objection.

THE COURT: Overruled.

MR. WILLISCH: Q I am sick?

THE WITNESS: A Yes. He was holding his stomach.

Q Did you notice any kind of physical injury on him whatsoever?

A I seen his hand, a bandage on his hand.

Q How was he walking?

A He was limping, holding his stomach saying he is sick.

Q He came out of the room.

Why did he come out of the room at that point? What was being done at that point?

A We fixing to go to the lineup.

Q Now, let me show you a couple pictures. These are lineup pictures. I am going to make these Defense Exhibits No. 2 and No. 3 for today's purposes.

(Whereupon the said photographs were marked Defense Exhibits No. 2 and No. 3 for identification.)

Take a look at these two pictures if you would.

THE COURT: Are you through with him down there?

MR. WILLISCH: Actually I just wanted to put the



C.R. 15359

ATTACHMENT # 162

lineup in where it came up.

Q Those pictures, what are those pictures, or who are those pictures of?

A These pictures of us. This is in front of this cage when they took that picture.

Q You were standing in front of the cage in a lineup?

A No. The lineup was right here. We were standing in front of the cage taking pictures. We had to walk up there one by one, turn to the side, and turn around.

Q The pictures of the lineup were taken at a different place than where the actual lineup was held?

A Yes, this ain't the lineup.

Q When you had to walk away from where the pictures were taken, did you walk in groups or individually?

A Individually.

Q These pictures you identified of people in the lineup, were they taken before or after you had to walk to the door?

A To the door. I think after. Yes, they was after. After we went right here.

Q Are you on Defense Exhibit 2 or 3?

C.R. 753591
ATTACHMENT # 162

A Two.

Q Is Jesse on 2 or 3?

A Three.

Q And do those pictures pretty accurately show the way you guys looked on September 25th when you were put in a lineup?

A Yes.

Q That is the way you looked?

A Yes.

Q And that is the way Jesse looked?

A Yes.

Q Now, after the lineup, what happened to Jesse after the lineup? Where was he placed?

A Back in his room.

Q Where were you placed?

A In the cage.

Q You were taken from the rest of the group and placed into the cage?

A Yes.

Q I think you stated earlier you stayed in the cage for the rest of the time you were at 39th and California?

A Yes.

Q Did you see anything unusual while you were in

the cage?

A They had went in Damoni's room. He was hollering. When they came out of Damoni's room, he said they had electric shocked him. Damoni's room right there, and the cage was here.

Q So you communicated between Damoni's room and the cage?

A Yes.

Q How long were they in there?

A They was in thee about fifteen minutes.

Q Did you see them go in with anything?

A Yes, little black thing, about this big, and they went in there, and stayed about fifteen minutes, and then they came out.

Q During that time you heard some screaming?

A Yes.

Q While that was happening to Damoni, was there anyone in or around Jesse's room?

A Police stayed in Jesse's room.

Q Again how many, the four you talked about earlier or fewer?

A I ain't really seen them. I seen them in the room writing on paper.

Q At this point, was the door open?

173547
162

A Yes, it was cracked. It was open.

Q In addition to what you described happening to Damoni, did anything else happen to anyone else while you were in the cage?

A Squirt. I seen them hitting him. The door was wide open. I was right here. They was hitting him.

Q Was this after Damoni or at the same time?

A After Damoni.

Q How long were they in there hitting him?

A Fifteen or twenty minutes.

Q While they were hitting him, were there still officers inside of Jesse's room?

A Yes.

Q Continuing to write?

A Yes.

Q After the officer went into Squirt's room, did you notice anything unusual happening to anyone that evening or early morning of the 26th?

A Uhh, uhh. I left on the 26th.

Q You left on the 26th. Did you eventually fall asleep in the cage?

A Yes.

Q Is what you have described about Squirt, is that the last thing that you remember?

C.R. 173591

ATTACHMENT # 162

A That I seen.

Q That you saw?

A Yes.

Q And when were you awaken on the 26th approximately?

A Early in the morning when they released us.

Q Have you talked to Miss Hanlon about what you told Judge Strayhorn here today?

A Yes. I talked to her.

Q So, you have told her this as well?

A The same thing.

MR. WELLISCH: If I could have just one moment, your Honor.

Q When you left 39th and California, were you released with other people?

THE WITNESS: A Yes.

Q Who were you released with?

A Steve Taylor, Damoni Clemons, and two others.

Q You weren't charged with murder at all?

A No.

Q You weren't charged with anything that night?

A No.

Q Was Jesse Clemons still in the room?

A I didn't see them any more when they was

173591

ATTACHMENT C 162