# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 3994 | **DATE** | July 29, 2011 |
| **CASE TITLE** | Wilson vs. O'Brien et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion (Doc [259]) in limine to bar reference to marijuana use is granted. All other pending motions in limine are denied. Hearing on admissibility issues re: testimony and exhibits set for 1/17/2012 at 10:15 a.m. Jury trial set for 1/23/2012 at 10:15 a.m.

■[ For further details see text below.]    Docketing to mail notices.

# ORDER

## RULING ON PENDING MOTIONS

**PLAINTIFF'S MOTIONS IN LIMINE**

1. Plaintiff's motion (Doc [259]) in limine to bar reference to marijuana use - Defendants did not object. Said motion is granted.

2. Plaintiff's motion (Doc [257]) in limine to bar reference to plaintiff's past alcoholism - Denied. Relevant to damages.

3. Plaintiff's motion (Doc [260]) in limine to bar references to plaintiff's 1995 conviction, and arrests that did not lead to conviction - Denied without prejudice to reassertion at trial. Has relevance to familiarity with criminal justice system and issue of coercion.

4. Plaintiff's motion (Doc [258]) in limine to bar reference to child support payments - Denied without prejudice. May be relevant to damages and relationships with family members.

5. Plaintiff's motion (Doc [261]) in limine to bar the testimony of Chester Mental Health Center Professionals - Denied without prejudice.

6. Plaintiff's motion (Doc [256]) in limine for a jury view of Division 11 of the Cook County Jail - Denied without prejudice to reconsideration at trial.

| ORDER |
|---|

7.  Plaintiff's motion (Doc [255]) in limine to bar reference to plaintiff's possession of a gun and a knife - Denied.  Relevant to issue of probable cause to arrest and defendant's state of mind re: arrest.

8.  Plaintiff's motion (Doc [263]) in limine for leave to introduce "other bad acts" evidence of defendant James O'Brien - Denied without prejudice to reconsideration at trial.

9.  Plaintiff's motion (Doc [262]) in limine to bar Dr. Alexander Obolsky's expert opinions - Denied without prejudice to reconsideration at trial.

**DEFENDANTS' MOTIONS IN LIMINE**

1.  Defendants' omnibus motions (Docs [264]) in limine - Denied without prejudice to reconsideration at trial.

2.  Defendants' motion (Doc [266]) in limine to bar adverse inference and reference to certain defendants invoking their Fifth Amendment privilege - Denied without prejudice to reconsideration at trial.

3.  Defendants' motion (Doc [268]) to bar the testimony of Gary L. Wells - Denied without prejudice to reconsideration at trial.

4.  Defendants' motion (Doc [272]) to bar the testimony of Richard A. Leo - Denied without prejudice to reconsideration at trial.

5.  Defendants' motion (Doc [270]) to bar Joseph J. Stine as an expert witness - Denied without prejudice to reconsideration at trial.

Hearing on admissibility issues re: testimony and exhibits set for 1/17/2012 at 10:15 a.m.  Jury trial set for 1/23/2012 at 10:15 a.m.

Dated:  **July 29, 2011**

*/s/ Charles P. Kocoras*
**CHARLES P. KOCORAS**
**U.S. District Court Judge**