**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 C 3994 |
| | ) | |
| JAMES O'BRIEN, et. al. | ) | Judge Kocoras |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION FOR ENTRY OF AN
AGREED ORDER OF DISMISSAL WITH LEAVE TO REINSTATE**

Defendants, City of Chicago, by its attorney, Stephen R. Patton, Corporation Counsel of the City of Chicago, and James O'Brien, Gerard Carroll, John Halloran, Warren Richards and the Estate of Edward Triggs, by one of their attorneys, Joseph M. Polick, Chief Assistant Corporation Counsel, move this Court for entry of an agreed order of dismissal with leave to reinstate solely in the event that the Chicago City Council or its Finance Committee reject the settlement agreement between the parties. In support thereof, Defendants state as follows:

    1.    The parties to this matter have reached a settlement of this case subject to approval by the Chicago City Council.

    2.    In furtherance of the settlement, the parties have entered into a Stipulation to Dismiss and a Release and Settlement Agreement.

    3.    Pursuant to the Stipulation to Dismiss and the Release and Settlement Agreement, Defendants seek entry of an agreed order of dismissal with leave to reinstate solely in the event that the Chicago City Council or its Finance Committee reject the settlement agreement. A copy of the proposed Agreed Order to Dismiss with Leave to Reinstate is attached hereto.

4.　On January 24, 2012, defense attorney Joseph M. Polick contacted one of plaintiff's attorneys J. Samuel Tenenbaum regarding this matter. Mr. Tenenbaum indicated the motion could be filed as an agreed motion.

WHEREFORE, Defendants City of Chicago, James O'Brien, Gerard Carroll, John Halloran, Warren Richards and the Estate of Edward Triggs, respectfully request this Court to enter an agreed order of dismissal with leave to reinstate solely in the event that the Chicago City Council or its Finance Committee reject the settlement agreement between the parties, and with each side bearing its own costs and attorneys' fees, in accordance with the terms of the Release and Settlement Agreement herein.

>　Respectfully submitted,
>
>　Stephen R. Patton
>　Corporation Counsel
>　City of Chicago
>
>　BY:　/s/ Jordan Marsh
>　　　　Jordan Marsh
>　　　　Senior Counsel
>　　　　for Defendant City of Chicago
>　　　　30 N. LaSalle Street - Suite 900
>　　　　Chicago, Illinois  60602
>　　　　(312) 744-8362
>
>　BY:　/s/ Joseph M. Polick
>　　　　Joseph M. Polick
>　　　　Chief Assistant Corporation Counsel
>　　　　For the Individual Defendants
>　　　　30 N. LaSalle Street - Suite 900
>　　　　Chicago, Illinois  60602
>　　　　(312) 744-8335