IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES O'BRIEN (Star No. 20466), GERALD CARROLL, JOHN HALLORAN, ESTATE OF EDWARD TRIGGS, CHICAGO POLICE DETECTIVE ROLSTON (Star No. 20101), CHICAGO POLICE DETECTIVE McINERNEY (Star No. 20202), CHICAGO POLICE DETECTIVE MOSER (Star No. 20465), CHICAGO POLICE DETECTIVE GRAF (Star No. 20480), ESTATE OF CHICAGO POLICE DETECTIVE THOMAS M. COUGHLIN (Star No. 20983), CHICAGO POLICE DETECTIVE RICHARDS (Star No. 21200), CHICAGO POLICE SERGEANT BONKE (Star No. 2108), and CITY OF CHICAGO,<br>    Defendants. | 07 C 3994<br><br>Judge Kocoras<br><br>Magistrate Judge Ashman |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with leave to reinstate solely in the event that the Chicago City Council or its Finance Committee reject the settlement agreement, and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order to Dismiss with Leave to Reinstate.

_____
LOCKE E. BOWMAN
Attorney for Plaintiff
The MacArthur Justice Center
Northwestern University School of Law
357 E. Chicago Avenue
Chicago, IL 60611
(312) 503-0844
Atty. No.: 6184129

Date: Jan. 18, 2012

Respectfully submitted,

STEPHEN R. PATTON
Corporation Counsel, Attorney for City of Chicago

BY: _____
JORDAN MARSH
Senior Counsel
30 N. LaSalle Street - Suite 900
Chicago, Illinois 60602
(312) 744- 8362
Atty. No. 6216489

Date: 1/19/12

_/s/ Joseph M. Polick_
JOSEPH M. POLICK
Chief Assistant Corporation Counsel
Attorney for Individual Defendants
30 North LaSalle Street - Suite 900
Chicago, IL 60602
(312) 744-8335
Attorney No. 6203682

Date: 1-19-12