**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROBERT WILSON,                                   ) | |
|                                   ) | |
|            Plaintiff,           ) | |
|     v.                               ) | |
|                                   ) | |
| JAMES O'BRIEN (Star No. 20466)    ) | |
| GERALD CARROLL, JOHN HALLORAN,   ) | |
| ESTATE OF EDWARD TRIGGS,        ) | 07 C 3994 |
| CHICAGO POLICE DETECTIVE ROLSTON   ) | |
| (Star No. 20101), CHICAGO POLICE     ) | Judge Kocoras |
| DETECTIVE McINERNEY (Star No. 20202),   ) | |
| CHICAGO POLICE DETECTIVE MOSER (Star   ) | Magistrate Judge Ashman |
| No. 20465), CHICAGO POLICE DETECTIVE   ) | |
| GRAF (Star No. 20480), ESTATE OF CHICAGO   ) | |
| POLICE DETECTIVE THOMAS M. COUGHLIN ) | |
| (Star No. 20983), CHICAGO POLICE       ) | |
| DETECTIVE RICHARDS (Star No. 21200),    ) | |
| CHICAGO POLICE SERGEANT BONKE     ) | |
| (Star No. 2108), and CITY OF CHICAGO,    ) | |
|                                   ) | |
|           Defendants.       ) | |

### AGREED ORDER TO DISMISS WITH LEAVE TO REINSTATE

This matter coming before the Court on the Stipulation of the parties, the parties having

reached agreement to settle this matter, and the respective parties being represented by counsel,

Plaintiff, Robert Wilson, by one of his attorneys, Locke E. Bowman, and Defendants, City of

Chicago, by its attorney, Stephen R. Patton, Corporation Counsel of the City of Chicago, and

James O'Brien, Gerard Carroll, John Halloran, Warren Richards, and the Estate of Edward

Triggs, by one of their attorneys, Joseph M. Polick, Chief Assistant Corporation Counsel, and the

parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, and

the Court being advised in the premises, hereby incorporates the terms of the Release and

Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff, Robert Wilson, against Defendants, City of Chicago, James O'Brien, Gerard Carroll, John Halloran, Warren Richards, and the Estate of Edward Triggs, are dismissed with leave to reinstate solely in the event that the Chicago City Council or its Finance Committee reject the settlement agreement, and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.


ENTER:_____
               The Honorable Charles P. Kocoras
               United States District Judge


DATED:_____



Joseph M. Polick
Chief Assistant Corporation Counsel
30 North LaSalle Street - Suite 900
Chicago, Illinois 60602
(312) 744-8335
Attorney No. 6203682

2