**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROBERT WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| JAMES O'BRIEN (Star No. 20466) ) | |
| GERALD CARROLL, JOHN HALLORAN, ) | |
| ESTATE OF EDWARD TRIGGS, ) | 07 C 3994 |
| CHICAGO POLICE DETECTIVE ROLSTON ) | |
| (Star No. 20101), CHICAGO POLICE ) | Judge Kocoras |
| DETECTIVE McINERNEY (Star No. 20202), ) | |
| CHICAGO POLICE DETECTIVE MOSER (Star ) | Magistrate Judge Ashman |
| No. 20465), CHICAGO POLICE DETECTIVE ) | |
| GRAF (Star No. 20480), ESTATE OF CHICAGO ) | |
| POLICE DETECTIVE THOMAS M. COUGHLIN ) | |
| (Star No. 20983), CHICAGO POLICE ) | |
| DETECTIVE RICHARDS (Star No. 21200), ) | |
| CHICAGO POLICE SERGEANT BONKE ) | |
| (Star No. 2108), and CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

**FINAL AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Robert Wilson, by one of his attorneys, Locke E. Bowman, and Defendants, City of Chicago, by its attorney, Stephen R. Patton, Corporation Counsel of the City of Chicago, and James O'Brien, Gerard Carroll, John Halloran, Warren Richards, the Estate of Edward Triggs, Leonard Rolston, Daniel McInerney, the Estate of Thomas Coughlin, William Moser, Albert Graf, and Fred Bonke, by one of their attorneys, Joseph M. Polick, Chief Assistant Corporation Counsel, and the parties having entered into a Release and Settlement Agreement and a Stipulation to Dismiss, and the Chicago City Council having enacted an ordinance authorizing

the settlement agreement and payment of the funds agreed upon in the Release and Settlement Agreement, and the Court being advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff, Robert Wilson, against Defendants, City of Chicago, James O'Brien, Gerard Carroll, John Halloran, Warren Richards, the Estate of Edward Triggs, Leonard Rolston, Daniel McInerney, the Estate of Thomas Coughlin, William Moser, Albert Graf, and Fred Bonke, are dismissed with prejudice, without leave to reinstate as specified in paragraph 4 of the Release and Settlement Agreement, and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Date: **March 28, 2012**

**CHARLES P. KOCORAS**
U.S. District Judge

Joseph M. Polick
Chief Assistant Corporation Counsel
30 North LaSalle Street - Suite 900
Chicago, Illinois 60602
(312) 744-8335
Attorney No. 6203682