# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| Robert Wilson <br> *Plaintiff* <br> v. <br> James O'Brien et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 07 C 3994 <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: All of the claims of Plaintiff, Robert Wilson, against Defendants, City of Chicago, James O'Brien, Gerard Carroll, John Halloran, Warren Richards, the Estate of Edward Triggs, Leonard Rolston, Daniel McInerney, the Estate of Thomas Coughlin, William Moser, Albert Graf, and Fred Bonke, are dismissed with prejudice, without leave to reinstate as specified in paragraph 4 of the Release and Settlement Agreement, and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by Judge Charles P. Kocoras on a motion for entry of a final agreed order of dismissal.

Date: 28 Mar 2012

Thomas G. Bruton, Clerk of Court

/s/ Stephen C. Tokoph
Deputy Clerk